## United States Bankruptcy Court
**District of Delaware**

In re  **WD Diamonds Intermediate Holdings, Inc.**          Case No.  **23-11700 (TMH)**
                              Debtor(s)                      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 14, 2023**                        _/s/ Michael Grunza_
                                                   **Michael Grunza/Authorized Signatory**
                                                   Signer/Title

WD Diamonds Intermediate Holdings, Inc.
6710 Virginia Manor Road
Beltsville, MD 20705-1289

Jeffrey R. Waxman
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Scott B.Kitei
Honigman LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226-3506

M7D Corporation
6710 Virginia Manor Road
Beltsville, MD 20705-1289

WD Diamonds Holdings, Inc.
500 Griswold Street, Suite 2700
Detroit, MI 48226

Plante Moran, PLLC
3000 Town Center
Suite 400
Southfield, MI 48075

Tree Line Direct Lending, LP
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

Tree Line Credit Strategies, LP
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

Swiss Capital TLCP Private Debt Fund L.P.
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

Marty Hurwitz
The MVEye
6207 Bee Cave Road
Austin, TX 78746

Carl Kubas
10220 162nd Street
Chippewa Falls, WI 54729

Michael Grunza
4525 Cole Ave
Apt 1228
Dallas, TX 75205-4267

Caleb Wood
21854 Hyde Park Dr
Ashburn, VA 20147-6908

Brittany Lewis
53 Whippoorwill Crossing
Armonk, NY 10504-1032

Elda Fistani
674 Cross River Rd,
Katonah, NY 10536-3521

Sue Rechner
85 Newtown Turnpike
Weston, CT 06883-2110

Herb Doscher
20 Alder Lane
Sandy Hook, CT 06482

Shelly Moore
23 Oak Lane
Montville, NJ 07045

Michelle Torchia
34 MapleCrest Circle, Apt J
Holyoke, MA 01040

Joe Ferguson
8331 Moline Pl
Springfield, VA 22153-3313

Josh Luiza
2108 George Boiardi Ln
Annapolis, MD 21401

Amit Levin
11119 ROSEMONT DR
Rockville, MD 20852 -3681

Tom Hitselberger
117 Academy Street
Annapolis, MD 21401 -3503